DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC GRAVES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1747

_____

March 21, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua B. Riba, Judge.

Rachael E. Reese of Rachael Reese, P.A., Tampa, for Appellant.

PER CURIAM.

The order dismissing as untimely Eric Graves' motion for postconviction relief is affirmed without prejudice to any right Graves might have to file a motion under Florida Rule of Criminal Procedure 3.850(b)(3).

Affirmed.

LaROSE, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.